AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

ELIZABETH C. DEMPSEY,

**SUMMONS IN A CIVIL CASE**

V.

STATE OF DELAWARE,
DEPARTMENT OF PUBLIC SAFETY

CASE NUMBER:   0 6 - 4 5 6

TO: (Name and address of Defendant)
Secretary of Public Safety
c/o David B. Mitchell
Public Safety Building
P.O. Box 818
303 Transportation Circle
Dover, Delaware 19903-0818

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, Delaware 19806
302-777-4680

an answer to the complaint which is served on you with this summons, within \_\_\_\_twenty (20)\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    JUL 2 7 2006

CLERK                                              DATE

_(signature)_

(By) DEPUTY CLERK

*Received AUG - 1 2006 stamp visible*

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/31/06 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED: SECRETARY OF PUBLIC SAFETY 303 TRANSPORTATION CR. DOVER, DE
COPIES THEREOF WERE ACCEPTED BY DEE RIVARD

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/31/06
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.