

# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

### CARL C. DANBERG
#### Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

August 15, 2006

Civil Division-New Castle County

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, Delaware 19806

> **Re:** *Dempsey v. State f Delaware Department of Public Safety*
> *C.A. No. 06-456 SLR*

Dear Mr. Martin:

This letter will confirm that you have agreed to grant the Defendant an extension of time, until September 15, 2006, to respond to the complaint recently filed in the above matter. Thank you for your courtesy in this regard.

Please feel free to contact me if you should have any questions.

Very truly yours,

Stephani J. Ballard
Deputy Attorney General

cc: Clerk of the Court