**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELIZABETH C. DEMPSEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    C. A. No. 06-456 SLR |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF PUBLIC SAFETY, | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned certifies that on October 20, 2006, she caused the attached **DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES** to be delivered to the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Lori A. Brewington
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Stephani J. Ballard
                              Stephani J. Ballard, I.D. #3481
                              Deputy Attorney General
                              Carvel State Office Building
                              820 N. French Street, 6th Floor
                              Wilmington, DE 19801
                              (302) 577-8400
                              Attorney for Defendant