IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | : | |
| Plaintiff, | : | Civil Action No.: 06-456 |
| v. | : | |
| STATE OF DELAWARE, DEPARTMENT OF PUBLIC SAFETY, | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on October 20, 2006, I electronically filed the attached Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Stephanie J. Ballard, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: 10/20/2006