IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, | : |
| Plaintiff, | : Civil Action No.: 06-456 |
| v. | : |
| STATE OF DELAWARE, DEPARTMENT OF PUBLIC SAFETY, | : JURY TRIAL DEMANDED |
| Defendant. | : |

### NOTICE OF SERVICE

I, Lori A. Brewington, do hereby certify that on October 31, 2006, I electronically filed the attached *Plaintiff's Amended Rule 26(a) Pre-Discovery Disclosures* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Stephanie J. Ballard, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 | |

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: 10/31/2006