IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE DEMPSEY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-456-SLR |
| STATE OF DELAWARE, DEPARTMENT OF PUBLIC SAFETY, | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **19th** day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, May 22, 2007 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE