IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, : | |
| : | |
| Plaintiff, : | Civil Action No. 06-456 (SLR) |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| STATE OF DELAWARE, : | |
| DEPARTMENT OF PUBLIC SAFETY, : | |
| : | |
| Defendant. : | |

### NOTICE AND CERTIFICATE OF SERVICE

I, Lori A. Brewington, the undersigned counsel for the Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the *Plaintiff's First Set of Interrogatories Directed to Defendant* were sent via U. S. Mail postage pre-paid on February 23, 2007 to the following:

Stephanie J. Ballard
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

                                                MARGOLIS EDELSTEIN

                                                */s/ Lori A. Brewington, Esquire*
                                                Jeffrey K. Martin, Esquire (#2407)
                                                Lori A. Brewington, Esquire (#4522)
                                                1509 Gilpin Avenue
                                                Wilmington, DE 19806
                                                (302) 777-4680
                                                (302) 777-4682 fax
                                                jmartin@margolisedelstein.com
                                                lbrewington@margolisedelstein.com
                                                Attorneys for Plaintiff

Dated: February 23, 2007

15