IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, | : |
| Plaintiff, | : Civil Action No.: 06-456 |
| v. | : |
| | : JURY TRIAL DEMANDED |
| STATE OF DELAWARE, DEPARTMENT OF PUBLIC SAFETY, | : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned counsel for the Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the ***Plaintiff's First Request for Production of Documents Directed to Defendant*** were sent via U. S. Mail postage pre-paid on February 23, 2007 to the following:

Stephanie J. Ballard
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

MARGOLIS EDELSTEIN

*/s/ Lori A. Brewington, Esquire*
Lori A. Brewington, Esquire (#4522)
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: February 23, 2007