IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELIZABETH C. DEMPSEY, :
:
    Plaintiff, : Civil Action No.: 06-456
:
    v. :
: JURY TRIAL DEMANDED
STATE OF DELAWARE, :
DEPARTMENT OF PUBLIC SAFETY, :
:
    Defendant. :

## NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned counsel for the Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the ***Plaintiff's First Request for Admissions Directed to Defendant*** were sent via U. S. Mail postage pre-paid on February 23, 2007 to the following:

Stephanie J. Ballard
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

        MARGOLIS EDELSTEIN

        */s/ Lori A. Brewington, Esquire*
        Lori A. Brewington, Esquire (#4522)
        Jeffrey K. Martin, Esquire (#2407)
        1509 Gilpin Avenue
        Wilmington, DE 19806
        (302) 777-4680
        (302) 777-4682 fax
        jmartin@margolisedelstein.com
        lbrewington@margolisedelstein.com
        Attorneys for Plaintiff

Dated: February 23, 2007