IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-456 |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF PUBLIC SAFETY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

To: Stephani J. Ballard
    Department of Justice
    Carvel State Office Building
    820 North French Street
    Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral

deposition of BRIAN MAHER on Friday, March 23 beginning at 10:00 a.m. in the

offices of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, Delaware 19806.

MARGOLIS EDELSTEIN

/s/ Lori A. Brewington
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
Attorney for Plaintiff

Dated: March 2, 2007

cc: Wilcox and Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-456 |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF PUBLIC SAFETY, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, herby certify that on March 2, 2007, I caused a

copy of the foregoing *Notice of Deposition of Brian Maher* to be e-filed and sent by

Electronic mail (CM/ECF) to the following attorney-of-record:

Stephani J. Ballard
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

MARGOLIS EDELSTEIN

/s/ Lori A. Brewington
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
Attorney for Plaintiff

Dated: March 2, 2007