IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-456 |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF PUBLIC SAFETY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Stephani J. Ballard, the undersigned counsel for the Defendant in the above-captioned case, hereby certify that two (2) true and correct copies of Defendant's Responses to Plaintiff Elizabeth C. Dempsey's First Request for Production of Documents were sent via U. S. Mail postage pre-paid on April 9, 2007 to the following:

MARGOLIS EDELSTEIN
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
Attorneys for Plaintiff

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

         /s/ Stephani J. Ballard
        Stephani J. Ballard, I.D. #3481
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendant

Dated: April 9, 2007