IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-456 |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF PUBLIC SAFETY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I, Stephani J. Ballard, the undersigned counsel for the Defendant in the above-captioned case, hereby certify that two (2) true and correct copies of Defendant's Responses to Plaintiff's First Set of Interrogatories were sent via U. S. Mail postage pre-paid on April 9, 2007 to the following:

MARGOLIS EDELSTEIN
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

Dated: April 9, 2007

1