IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-456 |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF PUBLIC SAFETY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Stephani J. Ballard, the undersigned counsel for the Defendant in the above-captioned case, hereby certify that two (2) true and correct copies of defendant's Response to Plaintiff's First Request for Admissions were sent via U. S. Mail postage pre-paid on April 9, 2007 to the following:

MARGOLIS EDELSTEIN
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE  19806

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Stephani J. Ballard
        Stephani J. Ballard, I.D. #3481
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendant

Dated: April 9, 2007