## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY,  :  | |
| : | C.A. No.: 06-456 |
| Plaintiff,  : | |
| : | JURY TRIAL DEMANDED |
| v.  : | |
| : | |
| STATE OF DELAWARE,  : | |
| DEPARTMENT OF PUBLIC SAFETY,  : | |
| : | |
| Defendant.  : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the attorney Lori A. Brewington, Esquire hereby **WITHDRAWS** as counsel to Elizabeth C. Dempsey and the attorney Jeffrey K. Martin, Esquire **HEREBY ENTERS HIS APPEARANCE** as substitute counsel for Elizabeth C. Dempsey in the above noted case. All pleadings henceforth should be served upon the following:

Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4681
E-mail Address: jmartin@martinandwilson.com

| **MARTIN & WILSON, P.A.** | **MARGOLIS EDELSTEIN** |
|---|---|
| _____ | _____ |
| **JEFFREY K. MARTIN** | **LORI A. BREWINGTON** |
| DE Bar I.D. No.: 2407 | DE Bar I.D. No.: 4522 |
| 1509 Gilpin Avenue | 750 South Madison Street |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| (302) 777-4681 | (302) 777-4680 |
| E-mail: jmartin@martinandwilson.com | Lbrewington@margolisedelstein.com |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, the undersigned counsel for the Plaintiff in the above-captioned case, hereby certify that a true and correct copy of Plaintiff's Substitution of Counsel was electronically filed on this ___29___ day of ~~May~~ JUNE, 2007 to the following:

Stephani J. Ballard
Deputy Attorney General Carvel State Office Building
820 North French Street
6th Floor
Wilmington, DE  19801

MARTIN & WILSON, P.A.

_____
JEFFREY K. MARTIN
DE Bar I.D. No.: 2407
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4681
E-mail:    jmartin@martinandwilson.com
