IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ELIZABETH C. DEMPSEY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STATE OF DELAWARE,** )<br>**DEPARTMENT OF PUBLIC SAFETY,** )<br>)<br>**Defendant.** ) | C.A. No. 06-456 SLR |

### NOTICE OF SERVICE

I, Stephani J. Ballard, the undersigned counsel for the Defendant in the above-captioned case, hereby certify that two (2) true and correct copies of Defendant's First Set of Interrogatories Directed to Plaintiff were sent via U. S. Mail postage pre-paid on July 13, 2007 to the following:

    Jeffrey K. Martin, Esquire
    1508 Pennsylvania Avenue, Suite 1C
    Wilmington, DE 19806

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    <u>/s/ Stephani J. Ballard</u>
    Stephani J. Ballard, I.D. #3481
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorney for Defendant

Dated: July 13, 2007