IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-456 SLR |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF PUBLIC SAFETY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Stephani J. Ballard, the undersigned counsel for the Defendant in the above-captioned case, hereby certify that two (2) true and correct copies of Defendant's First Request for Production Directed to Plaintiff were sent via U. S. Mail postage pre-paid on July 13, 2007 to the following:

    Jeffrey K. Martin, Esquire
    1508 Pennsylvania Avenue, Suite 1C
    Wilmington, DE 19806

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Stephani J. Ballard
    Stephani J. Ballard, I.D. #3481
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorney for Defendant

Dated: July 13, 2007