IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 06-456 SLR |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF PUBLIC SAFETY, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF SERVICE

I, Stephani J. Ballard, the undersigned counsel for the Defendant in the above-captioned case, hereby certify that two (2) true and correct copies of Defendant's First Set of Requests for Admissions to Plaintiff Pursuant to FRCP 36 were sent via U. S. Mail postage pre-paid on July 13, 2007 to the following:

    Jeffrey K. Martin, Esquire
    1508 Pennsylvania Avenue, Suite 1C
    Wilmington, DE 19806

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Stephani J. Ballard
    Stephani J. Ballard, I.D. #3481
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorney for Defendant

Dated: July 13, 2007