IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-456 SLR |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Elizabeth C. Dempsey ("Plaintiff"), by and through her undersigned attorneys, will take the depositions the following listed-below individuals by oral testimony before an officer duly authorized to administer an oath, commencing on **Monday July 23, 2006,** at the offices of Martin & Wilson, P.A., 1508 Pennsylvania Avenue, Wilmington, DE 19806. The depositions shall continue thereafter until terminated by counsel for the Plaintiff. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

        Cpl. Walter Gygrynuk  1:00 p.m.

        TFC Mark Csapo    2:15 p.m.

        Cpl. Alexander Argo  3:30 p.m.

                                                        MARTIN & WILSON, P.A.

                                                        */s/ Jeffrey K. Martin*

                                                      JEFFREY K. MARTIN, ESQUIRE
**Del. Bar. I.D. No.: 2407**
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
E-mail - jmartin@martinandwilson.com
*Attorney for Plaintiff*

DATED: July 19, 2007

cc:     Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that the attached documents were electronically filed via EMF/CM on July 19, 2007 to the following:

Stephani J. Ballard, ID #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

                                                **MARTIN & WILSON, P.A.**

                                                **JEFFREY K. MARTIN, ESQUIRE**
                                                **Del. Bar. I.D. No.: 2407**
                                                1508 Pennsylvania Avenue
                                                Wilmington, DE  19806
                                                (302)  777-4681
                                                E-mail - jmartin@martinandwilson.com
                                                *Attorney for Plaintiff*

Dated: July 19, 2007