IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-456 SLR |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Elizabeth C. Dempsey ("Plaintiff"), by and through her undersigned attorneys, will take the deposition the Brian Maher by oral testimony before an officer duly authorized to administer an oath, commencing on **Monday August 6, 2007 at 9:00 a.m.**, at the offices of Martin & Wilson, P.A., 1508 Pennsylvania Avenue, Wilmington, DE 19806. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARTIN & WILSON, P.A.

/s/ Jeffrey K. Martin
JEFFREY K. MARTIN, ESQUIRE
Del. Bar. I.D. No.: 2407
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
E-mail - jmartin@martinandwilson.com
*Attorney for Plaintiff*

DATED: August 1, 2007
cc:    Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that the attached documents were electronically filed via EMF/CM on August 1, 2007 to the following:

Stephani J. Ballard, ID #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

                                                MARTIN & WILSON, P.A.

                                                JEFFREY K. MARTIN, ESQUIRE
                                                **Del. Bar. I.D. No.: 2407**
                                                1508 Pennsylvania Avenue
                                                Wilmington, DE  19806
                                                (302)  777-4681
                                                E-mail - jmartin@martinandwilson.com
                                                *Attorney for Plaintiff*

Dated:  August 1, 2007