IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-456 SLR |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

Please take notice that the undersigned did hereby forward copies of Plaintiff's Responses to Defendant's First Set of Admissions via CM/EMF electronic mail on this 13th day of August, 2007 to the following:

Stephani J. Ballard, Esquire
Deputy Attorney General
Carvel State Office Building
820 N. French Street
6th Floor
Wilmington, DE 19801

MARTIN & WILSON, P.A.

JEFFREY K. MARTIN, ESQUIRE
DE Bar I.D. No.: 2407
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
E-mail: jmartin@martinandwilson.com
Attorney for Plaintiffs