IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ELIZABETH C. DEMPSEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   C. A. No. 06-456 SLR |
| **STATE OF DELAWARE,** | ) |
| **DEPARTMENT OF PUBLIC SAFETY,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF DEPOSITION**

TO:   Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue, Suite 1C
Wilmington, DE 19806

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Elizabeth C. Dempsey on Friday, September 21, 2007 at 10:00 a.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Dated: August 30, 2007         Attorney for State Defendants

cc: Wilcox and Fetzer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ELIZABETH C. DEMPSEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   C. A. No. 06-456 SLR |
| **STATE OF DELAWARE,** | ) |
| **DEPARTMENT OF PUBLIC SAFETY,** | ) |
| | ) |
| **Defendant.** | ) |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on August 30, 2007 she caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person electronically:

NAME AND ADDRESS OF RECIPIENT(S):

Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue, Suite 1C
Wilmington, DE 19806

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for State Defendants