IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-456 SLR |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, Elizabeth C. Dempsey ("Plaintiff"), by and through her undersigned attorneys, will take the depositions the following listed-below individuals by oral testimony before an officer duly authorized to administer an oath, commencing on Thursday, October 11, 2007, at the offices of Martin & Wilson, P.A., 1508 Pennsylvania Avenue, Wilmington, DE 19806. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

| | |
|---|---|
| Robert Hawkins | 9:00 a.m. |
| R.L. Hughes | 11:00 a.m. |
| Sgt. Michael Houdek | 2:00 p.m. |

MARTIN & WILSON, P.A.

JEFFREY K. MARTIN, ESQUIRE
**Del. Bar. I.D. No.: 2407**
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorney for Plaintiff*

DATED: September 21, 2007

CC: Wilcox & Fetzer

## **CERTIFICATE OF SERVICE**

I, Jeffrey K. Martin, do hereby certify that the attached documents were electronically filed via CM/ECF on September 21, 2007 to the following:

Stephani J. Ballard
Deputy Attorney General
Carvel State Office Building
820 N French St, 6th Floor
Wilmington, DE 19801

                                             MARTIN & WILSON, P.A.

                                             **JEFFREY K. MARTIN, ESQUIRE**
                                             **Del. Bar. I.D. No.: 2407**
                                             1508 Pennsylvania Avenue
                                             Wilmington, DE 19806
                                             (302) 777-4681
                                             jmartin@martinandwilson.com
                                             *Attorney for Plaintiff*

DATED: September 21, 2007