## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ELIZABETH C. DEMPSEY,           )
                                )
        Plaintiff,              )
                                )
        v.                      )        C. A. No. 06-456 SLR
                                )
STATE OF DELAWARE,              )
DEPARTMENT OF PUBLIC SAFETY,    )
                                )
        Defendant.              )

### NOTICE OF SERVICE

Please take notice that the undersigned did hereby forward copies of Plaintiff's

Responses to Defendant's 1st Set of Interrogatories Directed to Plaintiff and copies of Plaintiff's

Responses to Defendant's First Request for Production Directed to Plaintiff via CM/ECF on this

24th day of September, 2007 to the following:

Hand Delivery
Stephani J. Ballard, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

                        MARTIN & WILSON, P.A.


                        JEFFREY K. MARTIN, ESQUIRE
                        DE Bar I.D. No.: 2407
                        1508 Pennsylvania Avenue
                        Wilmington, DE 19806
                        (302) 777-4681
                        jmartin@martinandwilson.com
                        Attorney for Plaintiff