IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-456 SLR |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>STIPULATED ORDER AMENDING SCHEDULING ORDER</u>**

IT IS HEREBY STIPULATED by the parties in the above action, subject to the order of this Court, that the dispositive motions deadlines be extended as follows:

Motions/Opening Briefs due January 29, 2008.

Answering Briefs due February 15, 2008.

Reply Briefs due February 28, 2008

/s/*Jeffrey K. Martin*
JEFFREY K. MARTIN (#2407)
Martin & Wilson, P.A.
1508 Pennsylvania Avenue
Wilmington, DE 19806
jmartin@martinandwilsom.com
Attorney for Plaintiff

   /s/ *Stephani J. Ballard*
STEPHANI J. BALLARD (#3481)
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
stephani.ballard@state.de.us
Attorney for Defendants/
Third-party Plaintiffs

SO ORDERED, this _____ day of _____, 2007.

_____
U.S. District Court Judge