IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-456-SLR |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF PUBLIC SAFETY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 9th day of November, 2007, having reviewed the parties' stipulation to extend the briefing schedule for their summary judgment motions and having informed the parties that such an extension will cause the current trial date in this action to be removed from the court's calendar[1];

IT IS ORDERED that said stipulation (D.I. 33) is granted as follows:

1. Summary judgment motions and accompanying opening briefs shall be filed on or before **January 29, 2008**.

2. Answering briefs shall be filed on or before **February 15, 2008**.

3. Reply briefs shall be filed on or before **February 28, 2008**.

United States District Judge

---

[1] The trial date will not be rescheduled until the pending dispositive motions are resolved by the court.