IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE, )<br>DEPARTMENT OF PUBLIC SAFETY, )<br>)<br>Defendant. ) | C.A. No. 06-456 SLR |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, Elizabeth C. Dempsey ("Plaintiff"), by and through her undersigned attorneys, will take the depositions the following listed-below individuals by oral testimony before an officer duly authorized to administer an oath, commencing on **Friday, December 21, 2007**, at the offices of Martin & Wilson, P.A., 1508 Pennsylvania Avenue, Wilmington, DE 19806. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

Sgt. Michael Houdek      1:00 p.m.

Greg Warren              3:00 p.m.

MARTIN & WILSON, P.A.


JEFFREY K. MARTIN, ESQUIRE
**Del. Bar. I.D. No.: 2407**
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorney for Plaintiff*

DATED: December 17, 2007
cc:    Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that the attached documents were electronically filed via CM/ECF on December 17, 2007 to the following:

Stephani J. Ballard, ID #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

                          MARTIN & WILSON, P.A.

                          JEFFREY K. MARTIN, ESQUIRE
                          Del. Bar. I.D. No.: 2407
                          1508 Pennsylvania Avenue
                          Wilmington, DE 19806
                          (302) 777-4681
                          jmartin@martinandwilson.com
                          *Attorney for Plaintiff*

Dated: December 17, 2007