IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    C.A. No. 06-456 SLR |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF PUBLIC SAFETY, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, Elizabeth C. Dempsey ("Plaintiff"), by and through her undersigned attorneys, will take the deposition of the following listed-below individual by oral testimony before an officer duly authorized to administer an oath, commencing on **Monday, January 14, 2008**, at the offices of Martin & Wilson, P.A., 1508 Pennsylvania Avenue, Wilmington, DE 19806. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

        Sgt. Michael Houdek        3:00 p.m

                                MARTIN & WILSON, P.A.

                                JEFFREY K. MARTIN, ESQUIRE
                                **Del. Bar. I.D. No.: 2407**
                                1508 Pennsylvania Avenue
                                Wilmington, DE 19806
                                (302) 777-4681
                                jmartin@martinandwilson.com
                                *Attorney for Plaintiff*

DATED:      January 4, 2008

cc:     Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that the attached documents were electronically filed via CM/ECF on January 4, 2008 to the following:

Stephani J. Ballard, ID #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

                                              MARTIN & WILSON, P.A.

                                              JEFFREY K. MARTIN, ESQUIRE
                                              **Del. Bar. I.D. No.: 2407**
                                              1508 Pennsylvania Avenue
                                              Wilmington, DE 19806
                                              (302) 777-4681
                                              jmartin@martinandwilson.com
                                              *Attorney for Plaintiff*

DATED:      January 4, 2008