IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE DEMPSEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-456-SLR |
| STATE OF DELAWARE, DEPARTMENT OF PUBLIC SAFETY, | : |
| Defendant. | : |

## ORDER

At Wilmington this **28th** day of **January, 2008**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, February 13, 2008 at 10:00 a.m. has been rescheduled to **Monday, May 19, 2008 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, May 9, 2008.** All other provisions of the Court's May 22, 2007 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE