IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH C. DEMPSEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-456 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the above-captioned Defendant, by and through its counsel, and hereby moves this Honorable Court to enter an Order granting Summary Judgment in its favor, and against the Plaintiff in this matter, pursuant to Federal Rule of Civil Procedure 56(c), for the reasons set forth in the accompanying State of Delaware's Opening Brief in Support of its Motion for Summary Judgment.

                                                           **DEPARTMENT OF JUSTICE**
                                                           **STATE OF DELAWARE**

                                                           /s/Stephani J. Ballard
                                                          STEPHANI J. BALLARD (I.D. No. 3481)
                                                           Deputy Attorney General
                                                            Carvel State Office Building
                                                           820 North French Street, 6th Floor
                                                           Wilmington, DE 19801
                                                            (302) 577-8400
DATED: January 29, 2008                          Attorney for State Defendant

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELIZABETH C. DEMPSEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-456 SLR |
| ) | |
| v. ) | |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on January 29, 2008, she caused the attached,

*Defendants' Motion for Summary Judgment*, to be electronically filed with the Clerk of

Court using CM/ECF which will send notification of such filing to the following:

    Jeffrey K. Martin, Esquire
    Martin & Wilson, P.A.
    1508 Pennsylvania Avenue, Suite 1C
    Wilmington, DE 19806

    /s/ Stephani J. Ballard
    Stephani J. Ballard, I.D. #3481
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302)577-8400
    Attorney for Defendant