IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-456-SLR ) |
| STATE OF DELAWARE DEPARTMENT OF PUBLIC SAFETY, | ) ) ) |
| Defendant. | ) ) |

## O R D E R

At Wilmington this 13th day of February, 2008, in order to determine whether the pending summary judgment motion has merit;

IT IS ORDERED that, on or before **February 29, 2008**, movant shall file with the court a short and concise statement, in numbered paragraphs, of: (a) the material facts as to which movant contends there is no genuine issue to be tried; and (b) the legal issues upon which judgment is sought. **On or before March 21, 2008**, nonmovant shall respond in kind, with the content of the numbered paragraphs of the responsive statement corresponding to the content of the numbered paragraphs of movant's statement. I will determine from these submissions whether a summary judgment motion practice is warranted.

_____
United States District Judge