IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH C. DEMPSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-456-SLR |
| | ) |
| STATE OF DELAWARE | ) |
| DEPARTMENT OF PUBLIC SAFETY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 13th day of February, 2008, in light of the court's order issued this same date regarding the pending motion for summary judgment (D.I. 41);

IT IS ORDERED that plaintiff need not file an answering brief until further ordered to do so, following the court's review of the parties' statements submitted pursuant to D.I. 41.

_____
United States District Judge