IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE DEMPSEY, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 06-456-SLR |
| STATE OF DELAWARE, DEPARTMENT OF PUBLIC SAFETY, | : |
|         Defendant. | : |

### ORDER

At Wilmington this **7th** day of **May, 2008**,

As a result of a teleconference with counsel on Wednesday, May 7, 2008,

IT IS ORDERED that the mediation conference scheduled for Monday, May 19, 2008 at 10:00 a.m. has been cancelled. Counsel for the parties are required to keep the Magistrate Judge updated regarding the status of the case, in particular whether the filing of case dispositive motions will occur, and the dates for the pretrial conference and trial for the purpose of possibly rescheduling mediation.

                                                /s/ Mary Pat Thynge  
                                                UNITED STATES MAGISTRATE JUDGE