## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ELIZABETH C. DEMPSEY,          )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civ. No. 06-456-SLR
                               )
STATE OF DELAWARE              )
DEPARTMENT OF PUBLIC SAFETY,   )
                               )
          Defendant.           )

## ORDER

At Wilmington this 8th day of August, 2008, defendant having filed a

motion for summary judgment on January 29, 2008 (D.I. 38);

IT IS ORDERED that briefing on this motion shall proceed in accordance

with the following schedule:

1.    Plaintiff shall file and serve an answering brief in response to

defendant's motion on or before **September 8, 2008.**

2.    Defendant may file and serve a reply brief on or before **September**

**22, 2008.**

United States District Judge